November 30, 1967

No. 67–17.   Richard R. Hovish, AMN, U. S. Air Force.

ORDERED by the Court that said Petition be, and the same is, hereby denied without prejudice to raise

the issues at the time of trial and on appeal should the case ever be appealed.